UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20209-CIV-JLK

JAYA N. SACHANIA,

       Plaintiff,

v.

NCL AMERICA, INC., NORWEGIAN
CRUISE LINE LIMITED, and
BAHAMIAN STAR CRUISES, LTD.,

       Defendants.
_____/

## ORDER GRANTING MOTION TO DISMISS COMPLAINT AND GRANTING LEAVE TO AMEND

THIS CAUSE comes before the Court upon Defendants NCL America, Inc. and Norwegian Cruise Line Limited, Inc.'s Motion to Dismiss (D.E. #6), filed February 20, 2008.[1]

Plaintiff's Complaint, filed February 1, 2007, is a cause of action for personal injury damages as a result of a slip and fall on a cruise ship, the *Majesty*. In the Complaint, Plaintiff sued three cruise lines: NCL America, Inc., Norwegian Cruise Line Limited, and Bahamian Star Cruises Limited, Inc.

Two Defendants, NCL America and Norwegian Cruise Lines, filed a Motion to

---

[1] Plaintiff's Response (D.E. #12) was filed March 6, 2008, and Defendants' Reply (D.E. #16) was filed March 17, 2008.

Dismiss (D.E. #6) on February 20, 2008, asserting that (1) the defendant corporations do not and did not own or operate the *Majesty*, (2) Plaintiff named all three defendants in error, (3) the ticket contract identifies NCL (Bahamas) Limited as the carrier for Plaintiff's voyage, and (4) Plaintiff had not named the proper defendant.

On March 6, 2008, Plaintiff filed a Response (D.E. #12) to Defendants' Motion to Dismiss, conceding the error in naming the Defendants in the original complaint.

Compounding the confusion, Plaintiff also filed a Proposed Amended Complaint, improperly entered on the docket as "Amended Complaint" (D.E. #13), in which Plaintiff now names as Defendant NCL (Bahamas) Ltd., a Bermuda Company. Plaintiff, in the Proposed Amended Complaint, does not sue NCL America, Inc., Norwegian Cruise Line Limited, or Bahamian Star Cruises Limited, Inc. as defendants.

Next, Plaintiff asks the Court's permission "to file the Proposed Amended Complaint, relating the pleading back to the original filing date, and cure the misnomer as to Defendant's corporate 'name'." Two Defendants who are not sued in the Proposed Amended Complaint, NCL America and Norwegian Cruise Line Limited, filed their Reply to their Motion to Dismiss, objecting to Plaintiff's request to relate the Proposed Amended Complaint back to the original filing date. As these two companies are not sued in the Proposed Amended Complaint, they lack standing to object to Plaintiff's request.

Having sorted out all this confusion, and after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED that Defendants NCL America, Inc. and Norwegian Cruise Line Limited, Inc.'s Motion to Dismiss **(D.E. #6)** the Complaint in which they were named be, and the same is hereby **GRANTED**. The Complaint against NCL America, Inc., Norwegian Cruise Line Limited, and Bahamian Star Cruises Limited, Inc. is hereby **DISMISSED** with leave to amend within 10 days.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of March, 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **<u>Counsel for Plaintiff</u>**
Jack Paris
Leeds Colby Paris Spence Hoffman & Valori
2400 South Dixie Highway
Suite 100
Miami, Florida 33133

**<u>Counsel for Defendants</u>**
Darren Wayne Friedman
Maltzman Foreman, P.A.
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131

Eric Jeffrey Foreman
Maltzman Foreman, P.A.
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131

Katalin Raby
Maltzman Foreman, P.A.
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131

Katrina Cerda
Maltzman Foreman, P.A.
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131