UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20209-CIV-KING-GARBER

JAYA N. SACHANIA, individually,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
a foreign corporation,
NORWEGIAN CRUISE LINE LIMITED,
a foreign corporation, and
BAHAMIAN STAR CRUISE LIMITED, INC.
a foreign corporation,

    Defendants.

_____/

## ORDER OF DISMISSAL AS TO DEFENDANTS NCL AMERICA, INC. AND BAHAMIAN STAR CRUISES LIMITED, INC.

THIS CAUSE came before the court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendants NCL America, Inc. and Bahamian Star Cruises Limited, Inc. (D.E. #20) filed April 4, 2008, in the above-styled case. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED that Defendants NCL America, Inc. and Bahamian Star Cruises Limited, Inc., be and the same are hereby DISMISSED with prejudice from the above-styled action, based on the Plaintiff's Notice of Voluntary Dismissal with Prejudice.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 4th day of April, 2008.

                               _____
                               JAMES LAWRENCE KING
                               UNITED STATES DISTRICT JUDGE

cc:    *Counsel for Plaintiff:*
       Jack Paris, Esq.
       THE COCHRAN FIRM
       2400 South Dixie Highway
       Suite 100
       Miami, FL 33133

       *Counsel for Defendants:*
       Jeffrey Foreman, Esq.
       Darren W. Friedman, Esq.
       Katalin K. Raby, Esq.
       Maltzman Foreman, P.A.
       One Biscayne Tower, Suite 2300
       2 South Biscayne Blvd.
       Miami, FL 33131